**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6713**

ROBBIE MOUZON,

        Plaintiff - Appellant,

      v.

JAMES CLAUSON, Officer; SGT. HAIR; AUBREY KELLY, Individual
and in their Official Capacities,

        Defendants - Appellees,

      and

JAMES METTS, Sheriff,

        Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  R. Bryan Harwell, District Judge.
(1:13-cv-00818-RBH)

Submitted:  October 21, 2014      Decided:  October 24, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robbie Mouzon, Appellant Pro Se.  William Henry Davidson, II,
David Allan DeMasters, DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie Mouzon appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mouzon v. Clauson, No. 1:13-cv-00818-RBH (D.S.C. Apr. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED